# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00022-CV

### Elliott Sidewalk Communities, LLC, Appellant

### v.

### St. Edward's University, Appellee

### FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-18-001472, THE HONORABLE JAN SOIFER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Elliott Sidewalk Communities, LLC has filed an unopposed motion to dismiss this appeal. We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Edward Smith, Justice

Before Chief Justice Byrne, Justices Kelly and Smith

Dismissed on Appellant's Motion

Filed: December 8, 2023